**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| YASMIN SMITH,<br><br>Plaintiff,<br><br>v.<br><br>AIKG, LLC and AIKG MARIETTA, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br>File No.: 1:26-cv-01244-TWT |

## AFFIDAVIT OF PRIVATE PROCESS SERVER

My name is Wes Singleton. I am a citizen of the United States of America, over 21 years of age, I am not an employee to either party of this case, nor do I have an interest in the outcome of this action.

On the 10th day of March 2026, I served AIKG, LLC with the SUMMONS IN A CIVIL ACTION, COMPLAINT, AND CIVIL COVER SHEET, by handing it to Becky VanNote, representative of Corporate Creations Network Inc., registered agent for AIKG, LLC, at 2985 Gordy Parkway, 1st Floor, Marietta, GA 30066.

3/10/26
Date

[signature]
Wes Singleton

Subscribed and sworn to before me,
This 10th day of March 2026

[signature]
Notary Public

ANGELA SNEED
MY COMMISSION EXPIRES
NOTARY PUBLIC
AUGUST 17, 2029
FORSYTH COUNTY, GEORGIA